# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ERIK T. HARRIS | * |
| v. | * Civil No. – JFM-16-2642 |
| UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, ET AL. | * |

## MEMORANDUM

Plaintiff has instituted this action against the United States Department of Veterans Affairs, and Robert A. McDonald, the Secretary of the Department, under the Family Medical Leave Act. Defendants have filed a motion to dismiss.

Title II of the FMLA does not permit Title II employees to bring suit for alleged violations of the statute. *See Mann v. Haigh*, 120 F.3d 34, 37 (4th Cir. 1997). Unquestionably, plaintiff was a Title II federal employee. Accordingly, defendants' motion is well-founded.

A separate order effecting the ruling made in this memorandum is being entered herewith.

Date: 2/1/17

J. Frederick Motz
United States District Judge